# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:99-CR-5023 AWI |
| --- | --- | --- |
| Plaintiff, | ) | (1: 11-CV 1292 AWI) |
| v. | ) | ORDER DIRECTING THE PARTIES PROVIDE THE COURT WITH A STATUS REPORT |
| RALPH AUGUSTIN VEGA, | ) | |
| Respondent. | ) | |

On August 3, 2011, Ralph Augustin Vega ("Vega") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 ("Petition"). The Petition contends that Vega was not given the full benefit of a plea agreement. The United States responded to the Petition, and requested additional time to resolve the plea agreement's issues.

Over a year has passed since the Court has been informed by either Vega or the United States as to what has occurred concerning this Petition. Given the Court's overwhelming docket, the Court cannot simply keep this case open as an active action. As such, the parties need to inform the Court of the status of this case and/or file appropriate documents to dismiss this action because Vega's claims are now moot.

Accordingly, the Court ORDERS that by June 10, 2013, Vega and the United States SHALL file a status report about the progress being made on the Petition's requests. In the alternative, the parties may file a request to dismiss this action as moot.

IT IS SO ORDERED.

Dated: May 21, 2013

SENIOR DISTRICT JUDGE