# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RALPH AUGUSTINE VEGA,<br><br>Defendant. | CASE NO. 1:99-CR-5023 AWI<br><br>ORDER CLOSING ACTION |

On August 3, 2011, Ralph Augustin Vega ("Vega") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 ("Petition"). The Petition contends that Vega was not given the full benefit of a plea agreement. The United States responded to the Petition, and requested additional time to resolve the plea agreement's issues. On February 22, 2013, the Court requested the parties to submit a status report on any progress being made to the Petition's request or joint motion to dismiss this action.

From this documents filed in this Court, it appears that Defendant Vega was released from custody and is currently serving a term of supervised release. The Northern District of California has granted the government's motion to reduce Petitioner's sentence.

As Petitioner has now been provided the relief he sought in this habeas corpus petition, the petition is DENIED as moot and the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  November 22, 2013            _____
                                    SENIOR DISTRICT JUDGE